UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAN SCHMIDT,

    Plaintiff,

v.       Case No.: 3:13cv460/MCR/EMT

FLORIDA FIRST DISTRICT
COURT OF APPEAL, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 1, 2014. (Doc. 39).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. Additionally, or in the alternative, this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(g).

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 31st day of December 2014.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**